# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA B. SHAPIRO,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLOWBROOK HOME LLC, et al.,<br><br>        Defendants. | Case No. SACV 13-1478-JAK (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint be dismissed without leave to amend, with prejudice as to Plaintiff's federal constitutional claims and without prejudice as to Plaintiff's claims under state law.

DATED: July 23, 2014

                                                JOHN A. KRONSTADT<br>                                                UNITED STATES DISTRICT JUDGE