# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA B. SHAPIRO, <br><br> Plaintiff, <br><br> v. <br><br> WILLOWBROOK HOME LLC, et al., <br><br> Defendant. | Case No. SACV 13-1478-JAK (JEM) <br><br> **JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith.

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice as to Plaintiff's federal constitutional claims and without prejudice as to Plaintiff's claims under state law.

DATED:  July 23, 2014

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE